IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

THE STOW COMPANY-HOLLAND, INC.,

    Plaintiff,

vs.

ALL WOOD CABINETRY, LLC,

    Defendant.

Case No. 1:13-cv-00064

Hon. Gordon J. Quist

_____/

## STIPULATION FOR DISMISSAL

The parties reached a settlement of this case at the facilitative mediation on September 12, 2013. The settlement provides for all claims to be dismissed with prejudice and without costs or fees to either party. The settlement further provides for the Court to retain jurisdiction to enforce the terms of the settlement.

Accordingly, the parties stipulate as follows:

(a)    All claims and counterclaims in this action be dismissed with prejudice;

(b)    All costs and fees are to be borne by the party that incurred them;

(c)    The Court retains jurisdiction to enforce the terms of the settlement; and

(d)    The Court enter the proposed Order of Dismissal attached as Exhibit A.

                                        WARNER NORCROSS & JUDD LLP

Dated:  September 19, 2013               s/ James Moskal
                                        James Moskal (P41885)
                                        Attorneys for Plaintiff
                                        900 Fifth Third Center
                                        111 Lyon Street, N.W.
                                        Grand Rapids, Michigan 49503
                                        (616) 752-2000
                                        jmoskal@wnj.com

                                        ALL WOOD CABINETRY, LLC

Dated:  September 19, 2013               s/Jeffrey S. Pollack
                                        Jeffrey S. Pollack (Pa. 91888)
                                        DUANE MORRIS LLP
                                        30 South 17th Street
                                        Philadelphia, PA 19103
                                        jspollack@duanemorris.com

058141.152312 9464145-2